DATE OF NOTICE:  September 25, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES EX REL. | : | CIVIL ACTION |
| ZHELYATDINOV, SERGEY | : | |
| | : | |
| v. | : | |
| | : | |
| U.S.L. PRODUCTS, INC., et al. | : | NO. 02-cv-4318 |

**NOTICE**

Please be advised that a **STATUS CONFERENCE** will be held by telephone on Friday, September 27, 2002 at 2:30 p.m. with the Honorable Michael M. Baylson.  Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (267) 299.7520.

If trial counsel in this case is unavailable at the time of the conference, another attorney in trial counsel's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only if no attorney familiar with the case is available.

                                                                                    _____
                                                                                    Lynn Meyer
                                                                                    Deputy Clerk to Judge Baylson
                                                                                    267.299.7521

cc:    Tatiana S. Aristova, Esquire (fax)
         Stephen J. Britt, Esquire (e-mail)

O:\Status Conference Notices\Zhelyatdinov v. Ashcroft 02-4318 status conf notice.wpd