DATE OF NOTICE: December 16, 2002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES EX REL. ZHELYATDINOV, SERGEY | : : : | CIVIL ACTION |
| v. | : : | |
| UNITED STATES ATTORNEY GENERAL JOHN ASHCROFT | : : | 02-cv-4318 |

### NOTICE

Oral argument will be held on Thursday, December 19, 2002 at 1:30 p.m. with the Honorable Michael M. Baylson in Courtroom 8-A regarding the Petition for Writ of Habeas Corpus.

                                      Lynn Meyer
                                      Deputy Clerk to Judge Baylson
                                      267.299.7521

cc:    Tatiana Aristova, Esq. (fax)
        Stephen J. Britt, Esq. (fax)

O:\Notices\Zhelyatdinov v. Ashcroft - Notice oral argument.wpd