DATE OF NOTICE:  December 19, 2002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES EX REL. | : | CIVIL ACTION |
| ZHELYATDINOV, SERGEY | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES ATTORNEY GENERAL | : | 02-cv-4318 |
| JOHN ASHCROFT | : | |

## NOTICE

The oral argument, originally scheduled for Thursday, December 19, 2002 at 1:30 p.m.,

has been changed to Friday, December 20, 2002 at 2:30 p.m. with the Honorable Michael M.

Baylson in Courtroom 8-A regarding the Petition for Writ of Habeas Corpus.

_____

Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc:    Tatiana Aristova, Esq. (fax)
       Stephen J. Britt, Esq. (fax)

O:\Notices\Zhelyatdinov v. Ashcroft - Amended Notice oral argument.wpd