IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SERGEY ZHELYATDINOV,           :
    Petitioner            :
                               :
    v.                    :   No. 2:02-CV-04318-MMB
                               :
JOHN ASHCROFT,                 :
UNITED STATES ATTORNEY         :
GENERAL,                       :
    Respondent            :
                               :

NOTICE OF APPEAL

Notice is hereby given that the Honorable John Ashcroft, United States Attorney General, respondent in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on 27th Day of December, 2002.

    Respectfully,

    PATRICK L. MEEHAN
    United States Attorney

    _____
    VIRGINIA GIBSON
    Assistant United States Attorney
    Chief, Civil Division

    _____
    STEPHEN J. BRITT
    Assistant United States Attorney

## *Certificate of Service*

I certify hereby that on the 22nd Day of January, 2003, I personally served or caused to be served a copy of the attached Government's Notice Of Appeal, addressed to:

>Tatiana Aristova, Esq.
>Law Offices of John J. Gallagher
>1760 Market Street, Suite 1100
>Philadelphia, PA    19103-4104
>
>*Attorney for petitioner,*

by first class mail service upon counsel.

_____
STEPHEN J. BRITT
Assistant United States Attorney
Suite 1250, 615 Chestnut Street
Philadelphia, PA 19106-4476
(215) 861-8443
(215) 861-8642  telecopier