IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES EX REL.
ZHELYATDINOV, SERGEY                                    02-4318
                                           District Court Docket Number

vs.

UNITED STATES ATTORNEY GENERAL JOHN ASHCROFT

Notice of Appeal Filed <u>1/22/03</u>
Court Reporter(s)/ESR Operator(s)          <u>N/A</u>

Filing Fee:
    Notice of Appeal  __Paid  __Not Paid  __Seaman
    Docket Fee        __Paid  __Not Paid  <u>X</u> USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC: JUDGE BAYLSON
    APPEALS CLERK
    USCA

Defendant's Address (for criminal appeals)

Prepared by : _____
LINDA V. JERRY, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm